THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donjinina Burris, Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2007-UP-192
Submitted April 2, 2007  Filed April 26, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, of Columbia; and Special Assistant Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Donjinina Burris was convicted of distribution of crack cocaine and distribution of crack cocaine within the proximity of a school or park.  She was sentenced to a total of fourteen years, and she appeals.  Her appellate counsel contends the trial court erred in allowing a photo lineup into evidence because it was cumulative and overly prejudicial.  After a thorough review of the record, counsels brief, and Burris pro se brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Burris appeal and grant counsels motion to be relieved. 
 
APPEAL DISMISSED.
HUFF, BEATTY, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.